## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION



UNITED STATES OF AMERICA

-vs-

RICHARD LYNN GRAY

Case Number: 6:94-CR-81-ORL-18DAB

USM Number: 17681-018

Clarence W. Counts, Jr., FPD
201 S. Orange Avenue, Suite 300
Orlando, Florida  32801

### JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Two, Three, Six, Seven and Eight of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Positive Urinalysis for Marijuana | October 10, 2006 |
| Two | Positive Urinalysis for Marijuana | November 29, 2006 |
| Three | Positive Urinalysis for Marijuana | June 8, 2007 |
| Six | Failure to notify the probation officer within seventy-two hours after being arrested or questioned by a law enforcement officer | May 30, 2007 |
| Seven | Failure to reside in a Residential Re-Entry Center/Residential Re-Entry Sanctions Center | July 17, 2007 |
| Eight | Positive Urinalysis for Marijuana | October 11, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not violated conditions Four and Five and is discharged as to such violations conditions.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
12/11/2007

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

December _11_, 2007

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **18 Months**.

The defendant is remanded to the custody of the United States Marshal.

The court recommends that the defendant be screened for and receive substance abuse treatment while incarcerated within the Bureau of Prisons.

**IT IS FURTHER ORDERED** that upon release from imprisonment, Defendant is released from further supervision by the Court.

## SPECIAL CONDITIONS

The defendant shall pay restitution in the amount of $6,426.00 to Nations Bank of Florida, South Trust Bank of Florida, and Central Florida Educator's Federal Credit Union. While in Bureau of Prisons custody, the defendant shall either (1) pay at least $25 quarterly if the defendant has a non-Unicor job or (2) pay at least 50% of his or her monthly earnings if the defendant has a Unicor job. Upon release from custody, the defendant's financial circumstances will be evaluated, and the Court may establish a new payment schedule.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case